BROWN AND SEELYE PLLC
Ellen Ann Brown Esq.
Susan H. Seelye Esq.
744 South Fawcett Ave
Tacoma, WA 98402
Telephone   253-573-1958
Facsimile    253-274-1200

HONORABLE MARY JO HESTON
HEARING DATE:  January 23, 2020
TIME: 1:00 pm
RESPONSE DATE: January 16, 2020
Chapter 13

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re

TRAVIS LIBERTY MCGEE
MARILYN CHRISTINE MCGEE

Debtor(s)
_____

In Chapter 13 Proceeding
No. 17-44141-MJH

RESPONSE TO MOTION TO DISMISS

COMES NOW the above-referenced debtor(s) through their attorneys of record and responds to the Motion to DIsmiss by the Trustee as follows:

. 1.   Debtor has been out of work due to an injury and has been unable to make his plan payment.

2.   Debtor will return to the doctor on 1/8/20 and will hopefully be cleared to return to work on that date.

3.   Debtors request that this matter be continued to the 2/20/20 calendar in order to give the Debtor an opportunity to be back at work and modify the Plan to cure the arrears.

Dated January 6, 2020

 /s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)